UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                                                                              CASE NO.: 24-12036-SMG
                                                                                                                 CHAPTER 13

Nayda Martinez,
   Debtor.

Gustavo Cardenas,
   Joint Debtor.

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series AMQ 2006-HE7 Asset Backed Pass-Through Certificates, Series AMQ 2006-HE7 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                                                Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                                Authorized Agent for Secured Creditor
                                                                 6409 Congress Avenue, Suite 100
                                                                 Boca Raton, FL 33487
                                                                 Telephone: 470-321-7112

                                                                  By: /s/Giselle Velez
                                                                      Giselle Velez
                                                                      Email: gvelez@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 5, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

NAYDA MARTINEZ
4351 SW 22ND ST
FORT LAUDERDALE, FL 33317

GUSTAVO CARDENAS
4351 SW 22ND ST
FORT LAUDERDALE, FL 33317

And via electronic mail to:

JOSE A. BLANCO, P.A.
102 E 49TH ST
HIALEAH, FL 33013

ROBIN R WEINER
ROBIN R. WEINER, CHAPTER 13 TRUSTEE
POST OFFICE BOX 559007
FORT LAUDERDALE, FL 33355

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE. SUITE 1204
MIAMI, FL 33130

By: /s/ Amanda Nelson