IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

NAYDA MARTINEZ                                                  CASE NO. 24-12036-SMG
GUSTAVO CARDENAS                                          CHAPTER 13
         Debtors.
_____/

## OBJECTION TO CONFIRMATION OF PLAN

Creditor, Specialized Loan Servicing, LLC as servicing agent for Deutsche Bank National Trust Company, as Indenture Trustee for Terwin Mortgage Trust 2006-12SL Asset-Backed Securities, Series 2006-12SL, files its Objection to Confirmation of Plan and states:

1.      Creditor holds a note secured by a mortgage on the property located at 4351 SW 22nd Street, Fort Lauderdale, Florida 33317.

2.      Creditor is in the process of timely filing a Proof of Claim in the estimated amount of $160,944.94, including a secured arrearage of $119,851.28.

3.      Debtors' Plan indicates an intention to mediate with Creditor through the Mortgage Modification Mediation Program; however, an appropriate motion has not been filed, as of the date of this Objection.

4.      If a mediation commences and results in an impasse or denial of the modification application, Creditor's Proof of Claim should be in paid in full or the property surrendered.

5.      Moreover, Debtors' Plan should account for future taxes and insurance during the pendency of the potential mediation.

**WHEREFORE**, Creditor, respectfully requests the Court sustain this Objection and for such other and further relief as the Court deems appropriate.

                                                      */s/ Gavin N. Stewart*
                                                      Gavin N. Stewart, Esquire

                                      Florida Bar Number 52899
                                      P.O. Box 5703
                                      Clearwater, FL 33758
                                      P: (727) 565-2653
                                      F: (727) 213-9022
                                      E: bk@stewartlegalgroup.com
                                      Counsel for Creditor

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF notice and first class mail this 8th day of March 2024.

                                      */s/ Gavin N. Stewart*
                                      Gavin N. Stewart, Esquire

**VIA FIRST CLASS MAIL**
Nayda Martinez
Gustavo Cardenas
4351 SW 22ND ST
Fort Lauderdale, FL 33317

**VIA CM/ECF NOTICE**
Jose A. Blanco
Jose A. Blanco, P.A.
102 E 49th ST
Hialeah, FL 33013

Robin R. Weiner
Robin R. Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130