UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

Nayda Martinez
Gustavo Cardenas,                      Case no. 24-12036-SMG

    Debtor(s).       /         Chapter 13

**SANTANDER CONSUMER USA INC.'S OBJECTION TO CONFIRMATION OF PLAN**

Santander Consumer USA Inc. dba Chrysler Capital ("Creditor"), a secured claimant, objects to the confirmation of debtor's Plan as follows:

1. On February 29, 2024, debtors filed for relief under chapter 13 of the bankruptcy code.

2. On August 13, 2022, less than 910 days prior to the bankruptcy filing, debtor Gustavo Cardenas executed a contract pertaining to the purchase of a **2022 RAM RAM 1500 VIN: 1C6RREFT9NN337568**. Creditor holds a lien on the vehicle. Copies of the contract and proof of title are attached to Creditor's Proof of Claim No. 4-1.

3. The payoff balance at the time of filing was **$36,241.26 (POC #4-1).**

4. Debtor's proposed plan fails to reference the treatment of Creditor's secured claim.

5. Creditor requires updated proof of collision and comprehensive insurance.

6. The proposed plan fails to provide that Creditor will retain its lien until they are paid in full.

**WHEREFORE,** Creditor respectfully requests that confirmation

of the plan be denied.

I hereby certify that I am admitted to the bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that on April 8, 2024, copies of the foregoing were transmitted via ECF to the Office of the US Trustee, Robin R Weiner, Trustee, Jose A Blanco, Esq., attorney for the debtors, and mailed to Nayda Martinez & Gustavo Cardenas, debtors, 4351 SW 22ND ST, Fort Lauderdale, FL 33317.

        GERARD M. KOURI, JR., P.A.
        Attorneys for Creditor
        12401 Orange Drive #226
        Davie, FL 33330
        Tel: (954)862-1731; Fax: (954)862-1732

        By: /s/Leslie Gomez, ESQ.
            Leslie Gomez, Esq.
            FBN 518611
            lesliemarini@aol.com