## UNITED STATES BANKRUPTCY COURT
### FOR THE Southern District of FLORIDA

IN RE:

NAYDA MARTINEZ
GUSTAVO CARDENAS

§
§
§
§
§

**CASE NO.**
**24-12036-SMG**
**Chapter 13**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Deutsche Bank National Trust Company, as Indenture Trustee for Terwin Mortgage Trust 2006-12SL Asset-Backed Securities, Series 2006-12SL

Name of Transferee

U.S. Bank National Association

Name of Transferor

Name and Address where notices to transferee should be sent:

Shellpoint Mortgage Servicing
P.O. Box 10826 Greenville
Greenville, SC 29603-0675

Court Claim # (if known): 20
Amount of Claim: $ 227427.77
Date Claim Filed: 05/09/2024

Phone: (800)365-7107
Last Four Digits of Acct #: 2415

Phone: (800) 643-0202
Last Four Digits of Acct.#: 6872

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Larry Yip

Date:                    8/14/2024

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

# UNITED STATES BANKRUPTCY COURT
## FOR THE Southern District of FLORIDA

IN RE:                                     §
                                           §    CASE NO.
NAYDA MARTINEZ                             §    24-12036-SMG
GUSTAVO CARDENAS                          §    Chapter 13
                                           §

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before 8/14/2024 via electronic notice unless otherwise stated:

**Debtor**          *Via U.S. Mail*

NAYDA MARTINEZ
4351 SW 22nd St
Fort Lauderdale, FL 33317-6649

GUSTAVO CARDENAS
4351 SW 22nd St
Fort Lauderdale, FL 33317-6649

**Debtors' Attorney**
JOSE A BLANCO
JOSE A. BLANCO, P.A.
102 E 49th St
Hialeah, FL 33013-1853

**Chapter 13 Trustee**
ROBIN R WEINER
PO Box 559007
Fort Lauderdale, FL 33355-9007

Respectfully Submitted,

/s/ Kidd Yuen
Kidd Yuen