UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

NAYDA MARTINEZ                                              CASE NO. 24-12036-SMG
GUSTAVO CARDENAS                                       CHAPTER 13
        Debtors.
_____/

## *EX PARTE* MOTION FOR APPROVAL OF
## PERMANENT LOAN MODIFICATION AGREEMENT

NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Deutsche Bank National Trust Company, as Indenture Trustee for Terwin Mortgage Trust 2006-12SL Asset-Backed Securities, Series 2006-12SL ("Movant") moves the Court for approval of a permanent loan modification and states:

    1.    On March 4, 2025, the Debtors executed a Modification Agreement prepared by Movant in regard to the property located at 4351 SW 22 Street, Fort Lauderdale, FL 33317. A true and correct copy of the Modification Agreement is attached hereto as Exhibit "A."

    2.    The proposed essential terms of the Modification Agreement as follows:

    a.  **Maturity date**: February 1, 2065.
    b.  **Principal balance**: $151,398.48, with $87,484.08 deferred as further described in the agreement.
    c.  **Interest rate**: 8.750%
    d.  **Monthly payment**: $478.01 (principal and interest) which may be adjusted periodically.

**WHEREFORE**, Movant, respectfully requests the Court enter an order approving the Modification Agreement as attached herein and granting such other relief that the Court may deem just and proper.

                                                          */s/ Gavin N. Stewart*
                                                          Gavin N. Stewart, Esquire
                                                          Florida Bar Number 52899
                                                          P.O. Box 5703

Clearwater, FL 33765
P: (727) 565-2653
F: (727) 213-9022
E: bk@stewartlegalgroup.com
Counsel for Movant

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing by CM/ECF notice and first class mail to the parties below this 9th day of April 2025.

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esquire
Florida Bar Number 52899

**VIA FIRST CLASS MAIL**
Nayda Martinez
Gustavo Cardenas
4351 SW 22ND ST
Fort Lauderdale, FL 33317

**VIA CM/ECF NOTICE**
Jose A. Blanco
Jose A. Blanco, P.A.
102 E 49th ST
Hialeah, FL 33013

Robin R. Weiner
Robin R. Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami FL 33130