**Fill in this information to identify the case:**

Debtor 1 _____Nayda  Martinez_____

Debtor 2 _____Gustavo  Cardenas_____
(Spouse, if filing)

United States Bankruptcy Court for the:    _____Southern_____    District of    _____Florida_____
(State)

Case number    _____24-12036_____

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**    Deutsche Bank National Trust Company, as Indenture Trustee for Terwin Mortgage Trust 2006-12SL Asset-Backed Securities, Series 2006-12SL C/O Specialized Loan Servicing, LLC

**Court claim no.** (if known):    _____6-1_____

**Last four digits** of any number you use to identify the debtor's account:    _____2415_____

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒    No

☐    Yes. Date of the last notice: _____.

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed.  Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | |
| 2. | Non-sufficient funds (NSF) fees) | | (2) | |
| 3. | Attorney fees | | (3) | |
| 4. | Filing fees and court costs | | (4) | |
| 5. | Bankruptcy/Proof of claim fees | Proof of Claim    03/18/2024 | (5) | $262.50 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | |
| 7. | Property inspection fees | | (7) | |
| 8. | Tax advances (non-escrow) | | (8) | |
| 9. | Insurance advances (non-escrow) | | (9) | |
| 10. | Property preservation. Specify: | | (10) | |
| 11. | Other. Specify: | Plan Review Fee    03/06/2024 | (11) | $262.50 |
| 12. | Other. Specify: | | (12) | |
| 13. | Other. Specify: | | (13) | |
| 14. | Other. Specify: | | (14) | |
| 15. | Total post-petition fees, expenses, and charges. Add all of the amounts listed above. | | (15) | $525.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2          Notice of Postpetition Mortgage Fees, Expenses, and Charges          4152-N-0463

| Debtor 1 | Nayda  Martinez | Case Number (if known) | 24-12036 |
|---|---|---|---|
| | First Name        Middle Name        Last Name | | |

## Part 2:  Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐   I am the creditor.

☒   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Mukta Suri
Signature

Date    04/17/2024

Print    Mukta Suri
         First Name        Middle Name        Last Name

Title    Authorized Agent for Specialized Loan Servicing, LLC

Company    Bonial & Associates, P.C.

Address    14841 Dallas Parkway, Suite 350
           Number              Street

           Dallas, Texas  75254
           City          State          ZIP Code

Contact phone    (972) 643-6600        Email    POCInquiries@BonialPC.com

Official Form 410S2            Notice of Postpetition Mortgage Fees, Expenses, and Charges            4152-N-0463

**CERTIFICATE OF SERVICE OF NOTICE OF POST PETITION MORTGAGE, FEES, EXPENSES AND CHARGES**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before April 19, 2024 via electronic notice unless otherwise stated.

**Debtor**          *Via U.S. Mail*
Nayda Martinez
4351 SW 22nd St
Fort Lauderdale, FL 33317


**Debtor**          *Via U.S. Mail*
Gustavo Cardenas
4351 SW 22nd St
Fort Lauderdale, FL 33317


**Debtors' Attorney**
Jose A. Blanco
Jose A. Blanco, P.A.
102 E 49th ST
Hialeah, FL  33013


**Chapter 13 Trustee**
Robin R. Weiner
PO Box 559007
Fort Lauderdale, Florida 33355


Respectfully Submitted,

/s/ Mukta Suri